1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-05-00723-JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AUTHORIZING DISCLOSURE |
| PONG LIN LIU, ET AL, | ) | |
| Defendants. | ) | |

Application having been made on behalf of the UNITED STATES OF AMERICA, by John N. Glang, Assistant United States Attorney, for an Order authorizing the government to use the contents of intercepted communications; furnish copies of affidavits, orders and applications in support of wiretaps, and related documents, and copies of tape recordings and log sheets made in connection with the wiretap orders to the defendants or their counsel, and ordering that such filings remain sealed for all other purposes, and full consideration having been given to the matters set forth therein,

IT IS HEREBY ORDERED as follows:

1. The government is authorized to furnish copies of the wiretap orders, applications and affidavits, and related documents, and the recordings made pursuant to such orders, set forth in the application of AUSA John N. Glang, to counsel of record for the defendant(s).

ORDER AUTHORIZING DISCLOSURE        1

2.   The government is authorized to furnish copies of tape recordings and documents relating to the interceptions authorized by this Court to duplication services designated by the government in order to permit duplication of such tape recordings and logs for purposes of disclosure to defense counsel.

3.   Such duplication service companies shall not make or disclose copies of the foregoing tape recordings or log sheets except to the defense counsel list provided by the government.

4.   The original tape recordings and all affidavits, applications, and orders, sealing orders and periodic reports shall remained sealed

DATED: December 6, 2005

HONORABLE JAMES WARE
United States District Judge

ORDER AUTHORIZING DISCLOSURE        2