KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>               Plaintiff,    )<br>      v.                                   )<br>PONG LIN LIU, et al,               )<br>               Defendants.   )<br>_____) | No. CR 05-00723-JW<br><br><u>STIPULATION AND ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME</u> |

      IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently scheduled for Monday, July 31, 2006 at 1:30 p.m. be vacated and rescheduled for Monday, October 2, 2006 at 1:30 p.m.  The parties further stipulate that the court may exclude the period of time from July 31, 2006 through and including October 2, 2006 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

It is so stipulated.

Dated:   7-13-06                                         /s/
                                                      JOHN N. GLANG
                                                      Assistant U.S. Attorney

| | |
|---|---|
| Dated: 7/13/06 | /s/ <br> KURT K. ROBINSON <br> Attorney for Pong Lin Liu |
| Dated: 7/13/06 | /s/ <br> CARLEEN R. ARLIDGE <br> Attorney for Derrick Vu |
| Dated: 7/13/06 | /s/ <br> SHAWN R. PARR <br> Attorney for Phuong Nguyen |
| Dated: 7/13/06 | /s/ <br> MATTHEW T. NEWMAN <br> Attorney for Bounxou Billamay |
| Dated: 7/13/06 | /s/ <br> VICKI H. YOUNG <br> Attorney for Chan Ho Mg Mg Liu |
| Dated: 7/13/06 | /s/ <br> MICHELLE D. SPENCER <br> Attorney for Man Ning Tao |
| Dated: 7/13/06 | /s/ <br> STEVEN F. GRUEL <br> Attorney for Man Nei Lui |

## **ORDER**

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for July 31, 2006 at 1:30 p.m., be vacated and rescheduled for Monday, October 2, 2006 at 1:30 p.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from July 31, 2006 through and including October 2, 2006 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. The court bases this finding on the need of some of the defense counsel in this case to continue

1  to review discovery provided by the government and determine whether any pretrial motions
2  will be made, the need of the parties to attempt to negotiate possible dispositions in this case, the
3  complexity of the case, and as time necessary for effective preparation, within the meaning of 18
4  U.S.C. Section 3161(h)(8)(B)(iv).

It is so ordered:

Dated: July 17, 2006

_____
JAMES WARE
United States District Judge

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 05-00723-JW**                                          3