1  Kurt K. Robinson SBN 108095
2  Attorney at Law
   1970 Broadway Suite 1225
3  Oakland, Ca 94612
   (510) 435-3794
4  (510)279-5844(fax)

5  Attorney for Defendant

6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8
                    **SAN JOSE DIVISION**
9

10
   UNITED STATES OF AMERICA,            ) CASE NO. CR-05-00723
11                                      )
              Plaintiff,                ) **STIPULATION AND ORDER**
12                                      ) **RESCHEDULING MOTION TO**
                                        ) **SUPPRESS EVIDENCE DERIVED FROM**
13           vs.                        ) **ILLEGAL WIRETAPS AND ELECTRONIC**
                                        ) **INTERCEPTS; REQUEST FOR JUDICIAL**
14 PONG LIN LIU a/k/a PETER P. LIU,    ) **NOTICE AND FOR FRANKS HEARING RE**
   ERIC ZI PING LEI                     ) **NECESSITY**
15 DERRICK TAI DUY VU,                  )
   PHUONG THAI HUU NGUYEN,              )
16 BOUNXOU ALEX BILLAMAY,               )
   SEAN J. WONG,                        )
17 MAN NING TAO, and                    )
   MAN NEI LUI,                         )
18           Defendants.                )
   _____)
19
         IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is
20 hereby ordered, that the defendant's motion hearing, currently scheduled for Monday November 6,
   2006 at 1:30 p.m. be continued and a new motion hearing date of Monday, November 27, 2006
21 at 1:30 p.m. is hereby set.

22 It is so stipulated.                          /S/
                                        _____
23 Dated:  10/25/06                     KURT K. ROBINSON
                                        Attorney for Defendant
24

25                                               /S/

26                                      _____
                                        JOHN N. GLANG
27                                      Assistant U.S. Attorney

28

STIPULATION AND ORDER RESCHEDULING MOTION HEARING
CR 05-00723-JW