|  |  |
|---|---|
| 1 | Kurt K. Robinson SBN 108095 |
| 2 | Attorney at Law |
|   | 1970 Broadway Suite 1225 |
| 3 | Oakland, Ca 94612 |
|   | (510) 435-3794 |
| 4 | (510)279-5844(fax) |
| 5 | Attorney for Defendant |



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| UNITED STATES OF AMERICA, | ) CASE NO. CR-05-00723 |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER** |
|  | ) **RESCHEDULING MOTION TO** |
|  | ) **SUPPRESS EVIDENCE DERIVED FROM** |
| vs. | ) **ILLEGAL WIRETAPS AND ELECTRONIC** |
|  | ) **INTERCEPTS; REQUEST FOR JUDICIAL** |
| PONG LIN LIU a/k/a PETER P. LIU, | ) **NOTICE AND FOR FRANKS HEARING RE** |
| ERIC ZI PING LEI | ) **NECESSITY** |
| DERRICK TAI DUY VU, | ) |
| PHUONG THAI HUU NGUYEN, | ) |
| BOUNXOU ALEX BILLAMAY, | ) |
| SEAN J. WONG, | ) |
| MAN NING TAO, and | ) |
| MAN NEI LUI, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's motion hearing, currently scheduled for Monday November 6, 2006 at 1:30 p.m. be continued and a new motion hearing date of Monday, November 27, 2006 at 1:30 p.m. is hereby set.

It is so stipulated.                                    /S/
                                                        _____
Dated:  10/25/06                                        KURT K. ROBINSON
                                                        Attorney for Defendant

                                                        /S/
                                                        _____
                                                        JOHN N. GLANG
                                                        Assistant U.S. Attorney

STIPULATION AND ORDER RESCHEDULING MOTION HEARING
CR 05-00723-JW