1   Kurt K. Robinson SBN 108095
2   Attorney at Law
    1970 Broadway Suite 1225
3   Oakland, Ca 94612
    (510) 435-3794
4   (510)279-5844(fax)

5   Attorney for Defendant

6
                    UNITED STATES DISTRICT COURT
7
                NORTHERN DISTRICT OF CALIFORNIA
8
                        SAN JOSE DIVISION
9

10
    UNITED STATES OF AMERICA,          )  CASE NO. CR-05-00723
11                                     )
                    Plaintiff,         )  **STIPULATION AND ORDER**
12                                     )  **RESCHEDULING MOTION TO**
                                       )  **SUPPRESS EVIDENCE DERIVED FROM**
13              vs.                    )  **ILLEGAL WIRETAPS AND ELECTRONIC**
                                       )  **INTERCEPTS; REQUEST FOR JUDICIAL**
14  PONG LIN LIU a/k/a PETER P. LIU,   )  **NOTICE AND FOR FRANKS HEARING RE**
    ERIC ZI PING LEI                   )  **NECESSITY**
15  DERRICK TAI DUY VU,                )
    PHUONG THAI HUU NGUYEN,            )
16  BOUNXOU ALEX BILLAMAY,             )
    SEAN J. WONG,                      )
17  MAN NING TAO, and                  )
    MAN NEI LUI,                       )
18                  Defendants.        )
    _____  )
19
        IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is
20  hereby ordered, that the defendant's motion hearing, currently scheduled for Monday November 27,
    2006 at 1:30 p.m. be continued and a new motion hearing date of Monday, December 11, 2006
21  at 1:30 p.m. is hereby set.

22  It is so stipulated.                           /S/

23  Dated: 11/20/06                    _____
                                       KURT K. ROBINSON
24                                     Attorney for Defendant

25                                                 /S/

26                                     _____
                                       JOHN N. GLANG
27                                     Assistant U.S. Attorney

28
    _____
    STIPULATION AND ORDER RESCHEDULING MOTION HEARING
    CR 05-00723-JW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28