

Kurt K. Robinson SBN 108095
Attorney at Law
1970 Broadway Suite 1225
Oakland, Ca 94612
(510) 435-3794
(510)279-5844(fax)

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-05-00723 |
| Plaintiff, | **STIPULATION AND ORDER RESCHEDULING MOTION TO SUPPRESS EVIDENCE DERIVED FROM ILLEGAL WIRETAPS AND ELECTRONIC INTERCEPTS; REQUEST FOR JUDICIAL NOTICE AND FOR FRANKS HEARING RE NECESSITY** |
| vs. | |
| PONG LIN LIU a/k/a PETER P. LIU, ERIC ZI PING LEI, DERRICK TAI DUY VU, PHUONG THAI HUU NGUYEN, BOUNXOU ALEX BILLAMAY, SEAN J. WONG, MAN NING TAO, and MAN NEI LUI, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's motion hearing, currently scheduled for Monday November 27, 2006 at 1:30 p.m. be continued and a new motion hearing date of Monday, December 11, 2006 at 1:30 p.m. is hereby set.

It is so stipulated.

Dated:  11/20/06

/S/
_____
KURT K. ROBINSON
Attorney for Defendant

/S/
_____
JOHN N. GLANG
Assistant U.S. Attorney