IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. CR 05-00723 JW |
| Plaintiff, | **ORDER REFERRING DEFENDANT'S MOTION TO SUPPRESS THE MAY 2005 WIRETAP ORDER** |
| v. | |
| Pong Lin Liu a/k/a Peter P. Liu, et al., | |
| Defendants. / | |

Pursuant to the Court's February 8, 2007 Order recusing itself from deciding Defendant's Motion to Suppress Wiretap Order, the Court refers Defendant's motion to the Assignment Committee for reassignment to another district judge.

Dated: February 8, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kurt K. Robinson, robinsonlawfirm@comcast.net
Carleen R. Arlidge, craatty@aol.com
Shawn Robert Parr, shawn@parrlawgroup.com
Matthew Taylor Newman, matthew@mtnewman.com
Richard Peyton Pointer, rpointer@hinklelaw.com
Vicki H. Young, vickihyoung@yahoo.com
Michelle D. Spencer, michellespencer@lawyer.com
Steven Francis Gruel, attystevengruel@sbcglobal.net
John Norman Glang, John.Glang@usdoj.gov

**Dated:  February 8, 2007**                         **Richard W. Wieking, Clerk**

                                                     **By:  /s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California