UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/5/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00723-JW/RMW |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF THE COURT EXCLUDING TIME** |
| PONG LIN LIU, | ) | |
| Defendant. | ) | |

The above-captioned case came before the court on Monday, February 26, 2007 at 9:00 a.m. for status hearing. The defendant was personally present and was represented by counsel. Counsel for the United States was present. At the conclusion of the hearing, the court ruled as follows:

The court hereby sets this case for hearing on the defendant's motion to suppress wiretap evidence to take place on Thursday, March 15, 2007 at 2:00 p.m. Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period of time from February 26, 2007 through and including March 15, 2007, from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on

**ORDER EXCLUDING TIME  CR  05-00723-JW/RMW**

the pendency of the defendant's motion to suppress wiretap evidence and the complexity of the case, within the meaning of 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(8)(B)(ii).

**IT IS SO ORDERED.**

DATED:   3/5/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**ORDER EXCLUDING TIME  CR  05-00723 JW/RMW**