STEVEN F. GRUEL (CSBN 213148)
315 Montgomery Street, 9th Floor
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

Attorney for MAN NEI LUI



IT IS SO ORDERED
AS MODIFIED

Judge James Ware

3/24/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CR-05-00723-JW |
| Plaintiff, | ) |
| Vs. | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING SENTENCING DATES |
| MAN NEI LUI and PONG LIN LIU, | ) Honorable James Ware |
| Defendants. | ) |

Defendants Man Nei Lui and Pong Lin Liu, by and through their attorneys, Steven F. Gruel and

Kurt Robinson, respectively, hereby requests that the sentencing dates in this case be continued

from March 30, 2009 to June 22, 2009 at 1:30 p.m. for defendant Pong Lin Liu and to June 29,

2009 at 10:00 a.m. for defendant Man Nei Lui. This defense request is necessary to allow

further time for the defense to prepare for these sentencing hearings in that both counsel have

had heavy case and trial schedules delaying the probation officer's interviews of the defendants.

The prosecution has no objection to this request. Defense counsel contacted and notified United States Probation Officer Ben Flores, who is assigned to this case, about this request to continue. He does not oppose this request to continue the sentencing hearings to the dates and times described above.

SO STIPULATED:

DATED: 3/09/09          ___/s/_____
                        STEVEN F. GRUEL
                        Attorney for Man Nei Lui

DATED: 3/09/09          ___/s/_____
                        KURT ROBINSON
                        Attorney for Pong Lin Liu

DATED: 3/09/09          ___/s/_____
                        JOHN GLANG
                        Assistant United States Attorney

[PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendants sentencing hearings are continued from March 30, 2009 to June 29, 2009 at 1:30 p.m. for defendant Pong Lin Liu and Man Nei Lui.

IT IS SO ORDERED.

Dated: March 24, 2009    _____
                         HONORABLE JAMES WARE
                         United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATES