JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5084
Fax: (408)-535-5066
E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00723-JW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | HEARING |
| | ) | |
| PONG LIN LIU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for defendant Pong Lin Liu in the above-entitled case, currently scheduled for Monday, August 31, 2009 at 1:30 p.m., be continued to Monday, September 21, 2009 at 1:30 p.m.  U.S. Probation Officer Benjamin Flores has been notified of the new proposed hearing date and has no objection.

It is so stipulated.

Dated:  8/13/2009                     _____/s/_____
                                   JOHN N. GLANG
                                   Assistant U.S. Attorney

Dated:  8/13/2009

_____/s/_____
MAITREYA BADAMI
Attorney for Pong Lin Liu

[PROPOSED] ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that the sentencing hearing for defendant Pong Lin Liu in the above-entitled case, currently scheduled for Monday, August 31, 2009 at 1:30 p.m., be continued to Monday, September 21, 2009 at 1:30 p.m.

Dated: ____August 14, 2009____

_____
JAMES WARE
United States District Judge