1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   ADAM L. WRIGHT (MABN 661283)
5  Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
       Fax: (415) 436-6982
7      Adam.wright@usdoj.gov

8  Attorneys for the United States

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        ) CASE NO. CR-05-00723  RMW
                                      )
14 |     Plaintiff,                   ) **STIPULATION AND [] ORDER
                                      ) EXTENDING TIME FOR THE GOVERNMENT
15 |     v.                           ) TO RESPOND TO DEFENDANT'S MOTION
                                      ) PURSUANT TO 28 U.S.C. § 2255**
16 | PONG LIN LUI,                    )
                                      )
17 |     Defendant.                   )
                                      )
18

19      The parties hereby file this stipulation and proposed order extending the deadline for the United

20 States to respond to Defendant Pong Lin Liu's amended motion to vacate, set aside, or correct his

21 conviction and sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 578) ("Defendant's Motion"). The

22 parties respectfully request that the period for the United States to respond to the Defendant's Motion be

23 extended by 45 days, which would make the deadline May 21, 2013.

24      On February 20, 2013, the Court ordered that the government file an answer to the Defendant's

25 Motion within 45 days. (Doc. No. 580.) The Defendant's Motion alleges ineffective assistance of

26 counsel involving plea negotiations between the United States and Pong Lin Liu ("Pong"). These

27 negotiations occurred in the context of a several-year investigation that resulted in the indictment of 10

28 defendants in a multi-drug conspiracy. (Def's. Motion ¶¶ 29-32.) After rejecting a plea offer, Pong

STIPULATION AND  ORDER TO EXTEND TIME
CR-05-00732 RMW

went to trial and was convicted on nine of the ten counts in the indictment. (*Id.* ¶ 7.) On September 21, 2009, Pong was sentenced to 324 months of imprisonment. (*Id.* ¶ 9.)

In addition to a declaration from Liu, the Defendant's Motion included a declaration from the original attorney, Kurt K. Robinson (Doc. No. 578-1), as well as a proffered expert witness, Thomas J. Nolan (Doc No. 578-3). The United States needs additional time to review the extensive record in this case, including the record from discovery and trial; to consider whether and how to conduct discovery, including, if necessary, seeking a waiver of the attorney client privilege regarding Robinson's communications with Pong; and to explore whether it is possible to reach a negotiated resolution.

The parties believe that good cause exists for this extension, which is not submitted for the purpose of delay. The parties agree and respectfully request that the Court extend, by 45 days, the deadline for the United States to respond to the Defendant's amended motion to vacate, set aside, or correct his conviction and sentence pursuant to 28 U.S.C. § 2255. If this order is granted, the new deadline for the government's answer would be May 21, 2013.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: March 25, 2013

/s/
ADAM L. WRIGHT
Assistant United States Attorney

DATED: March 25, 2013

/s/
PAUL L. ALAGA
Attorney for Pong Lin Liu

STIPULATION AND ORDER TO EXTEND TIME
CR-05-00732 RMW

[] ORDER

For the reasons stated above, the Court finds that an extension of time is warranted for the United States to respond to Defendant Pong Lin Liu's amended motion to vacate, set aside, or correct his conviction and sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 578). The answer of the government will be due on May 21, 2013.

IT IS SO ORDERED.

DATED:_____   
RONALD M. WHYTE
United States District Judge

STIPULATION AND ORDER TO EXTEND TIME
CR-05-00732 RMW