MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ADAM WRIGHT (MABN 661283)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    Fax: (415) 436-6982
    E-mail: adam.wright@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 05-CR-723  RMW |
| | ) | |
|     Plaintiff, | ) | STIPULATION AND [] ORDER |
| | ) | CHANGING DATE FOR STATUS HEARING AND |
|   v. | ) | SETTING BRIEFING SCHEDULE |
| | ) | |
| PONG LIN LUI, | ) | |
| | ) | |
|     Defendant | ) | |
| | ) | |

This matter is currently set for a status hearing on August 31, 2015.  Counsel for the petitioner, Pong Lin Lui, represented by Paul Alaga, Esq., and the government, represented by Adam Wright, Assistant United States Attorney, appeared before the Court on June 1, 2015.  At that time, the parties represented that they were working towards a resolution of the 2255 petition, and hoped to have this resolution completed by July 6, 2015.  The parties subsequently requested that the hearing be moved to July 27, 2015, which was continued through a clerk's notice at the request of the parties.

    The government appeared before the Court on July 27, 2015 to provide an update regarding the matter.  The government explained that the parties were close to reaching a resolution, but that approval had not yet been provided to finalize the resolution.  The government expects that this process will be complete within four week weeks.  As a result, the parties respectfully request to move the status

1   hearing to September 28, 2015.

2       Although the parties expect that a resolution will be completed by late September, the parties

3   want this matter to move forward.  If a resolution is not reached by the status date in late September, the

4   parties also request that a briefing schedule be established regarding the petitioner's Amended Motion to

5   Vacate, Set Aside, or Correct Conviction and Sentence (Docket No. 578).  The parties request that the

6   government's response to this motion be due on October 26, 2015, which would be 30 days after the

7   next status date.  The petitioner's reply would be due on November 23, 2015.

8

9   SO STIPULATED:

10

11                                          MELINDA HAAG
                                           United States Attorney

12

13  DATED: August 27, 2015                 _____/s/_____

14                                          ADAM WRIGHT
                                           Assistant United States Attorney

15

16  DATED: August 27, 2015                 _____/s/_____

17                                          PAUL ALAGA
                                           Attorney for Pong Lin Lui

18

19

20

21

22

23

24

25

26

27

28

1

[] ORDER _____

2       The Court hereby changes the status hearing scheduled from August 31, 2015 to September 28,

3   2015 at 9:00 a.m.

4       The Court further requires that, should the parties not reach a resolution, the government's

5   response to the petitioner's Amended Motion to Vacate, Set Aside, or Correct Conviction and Sentence

6   (Docket No. 578) would be due no later than October 26, 2015.  The petitioner's response would be due

7   no later than November 23, 2015.

8

9   IT IS SO ORDERED.

10

11   DATED: _____

12                                                 HONORABLE RONALD M. WHYTE
                                                   United States District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[] ORDER CHANGING HEARING DATE
05-CR-723 RMW